IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRANCE J. ALLEN,
ADC #152125                                                                                    PLAINTIFF

V.                              NO. 4:17-CV-00207 SWW-BD

REBECCA QUATTLEBAUM and
TRAMMEL HARRIS                                                                            DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion**

Terrance J. Allen, an inmate at the Pulaski County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Allen moved for leave to proceed *in forma pauperis* ("IFP"), but his application was incomplete. (#2) For that reason, the Court denied his motion for IFP status, but gave him thirty days to submit a complete IFP application or, in the alternative, to pay the filing fee. (#5) The Court specifically cautioned Mr. Allen that his claims could be

dismissed, without prejudice, if he failed to comply with the Court's order.

As of this date, Mr. Allen has not submitted a complete IFP application or paid the statutory filing fee, as ordered, and the time for complying with the Court's order has expired.

## III. Conclusion

The Court recommends that Mr. Allen's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 6, 2017 Order and his failure to prosecute this lawsuit.

DATED this 10th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE