IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRANCE J. ALLEN,
ADC #152125                                                               PLAINTIFF

V.                          NO. 4:17-CV-00207 SWW-BD

REBECCA QUATTLEBAUM and
TRAMMEL HARRIS                                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Allen's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 6, 2017 Order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 2nd day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE