IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRANCE J. ALLEN,
ADC #152125                                                                                    PLAINTIFF

V.                          NO. 4:17-CV-00207 SWW-BD

REBECCA QUATTLEBAUM and
TRAMMEL HARRIS                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of June, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE